IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

TINA K. WOODWORKER                                              PLAINTIFF

VS.                    CASE NO. 3:05CV00026 HLJ

JO ANNE B. BARNHART,
Commissioner, Social
Security Administration
DEFENDANT

## JUDGMENT

Pursuant to the Memorandum and Order entered in this case on this date, IT IS CONSIDERED, ORDERED and ADJUDGED that the Commissioner's decision is reversed and remanded for proceedings consistent with the opinion.

SO ADJUDGED this 13th day of March, 2006.

*Henry L. Jones, Jr.*
_____
UNITED STATES MAGISTRATE JUDGE